8 *Ga. App.* 389 (69 S. E. 121), may also be distinguished, upon the principle of *Barron* v. *State,* 126 *Ga.* 92 (54 S. E. 812), where Mr. Justice Atkinson very clearly points out the difference between simple larceny, where possession is obtained by fraud, and larceny after trust, where possession is voluntarily surrendered and the relation of bailor and bailee created. *Judgment reversed.*

---

### 3911. DANNIE *v.* CITY OF ATLANTA.

HILL, C. J. This case is controlled by the decision of this court in the case of *Cotton* r. *Atlanta,* ante, 397 (73 S. E. 683).

*Judgment reversed.*

DECIDED JANUARY 30, 1912.

Certiorari; from Fulton superior court—Judge Pendleton. November 28, 1911.

*Walter A. Sims,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.

---

### 3912. DANNIE *v.* CITY OF ATLANTA.

1. This case is fully controlled by the decision of this court in *Cotton* v. *Atlanta,* ante, 397 (73 S. E. 683).
2. An ordinance which makes it unlawful to occupy or allow to be occupied any portion of a house to be used as a house of ill fame, or disorderly house, in the city of Atlanta, means occupancy which contributes in some manner to the unlawful character of the house, and does not preclude an innocent and lawful occupancy of a room or a portion of a house which may in other parts thereof be used for disorderly and immoral purposes.

DECIDED JANUARY 30, 1912.

Certiorari; from Fulton superior court—Judge Pendleton. November 28, 1911.

*Walter A. Sims,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.

HILL, C. J. An ordinance of the City of Atlanta, enacted under charter authority, makes it punishable for any person to occupy or allow to be occupied a house or a portion of the house as a house of ill fame. City Code of Atlanta, § 1837. In *Cotton* v. *Atlanta,* ante, 397 (73 S. E. 683), it is held that this or-